IN the United States District Court
for the Western District of Wisconsin

Arsenio R Akins

Plaintiff

v.

Dr. Maier, c/o R. Bekie
Sgt. Krasovic

Defendants.

Motion

15-cv-118-bbc

DOC NO
REC'D/FILED
2016 JAN -7 AM 10:04
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

Pro se prisoner Arsenio Akins has filed A motion, asking the courts to help with expert witness. the plaintiff in this case has no monies and has A hearing Disability with no way of getting A expert witness. I have tried to seek one but has not got A reply, and have no one who is willing to help Plaintiff with this case, this is A medical case and I believe Plaintiff will need A expert to help me At trail against Dr Maier, and to explain why plaintiff is still suffering on pain meds etc. I cant understand whats going on and have no one thats willing to help me Anymore then they have, i hope the court will accept this and know that im doing this trying to meet my Deadline of 1-22-16 to the best of my ability. letting the courts know i have tried but cant find someone to take the case pro Bono.
flip over

the plaintiff will like to give the courts a heads up. Plaintiff will Be out of this Isnt (mailing address) from or around 1-18-16 til about 2-10-16. on court matters in Racine county, Racine co jail case # 2012cf000775 and family court (trial) 2-2-16 case no# 15-TP-1, two Different court so I'll Be Hold in Racine co jail for a period of time.

Date this day 1 of January, 2016

x Arsenio Akins
Arsenio Akins
Doc # 510691
Columbia Corr. Inst.
Po Box 900
Portage wi 53901