IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARSENIO R. AKINS,

    Plaintiff,

v.

WARDEN DITTMAN,
HSU SUPERVISOR MEREDITH MASHAK,
RN DEGAGER, DR. GARY MAIER,
JOSEPH KRASOVIC, CHARLES RIBBKE,
SERGEANT BENNINGNER,
CORRECTIONS OFFICER DYLAN MAIER,
and CORRECTIONS OFFICER GERRY,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-118-bbc

---

This action came before the court and a jury for consideration with District Judge Barbara B. Crabb presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

Approved as to form this 18th day of October, 2016.

_Barbara B. Crabb_
Barbara B. Crabb
District Judge

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

10/19/2016
Date